IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

FILED BY **WK** D.C.

05 JUL 12 PM 5:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No. 2:04cr20300-Ma

George Edward Gamble, III

## ORDER REFUNDING CASH APPEARANCE BOND

    This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

    IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $1,000.00, payable to George Gamble at 4005 Auburn Lane, Nashville, TN 37215 in full refund of the cash appearance bond posted herein.

_____
United States District Judge
Samuel H. Mays, Jr.

Date: July 11, 2005

Approved.
Thomas M. Gould, Clerk of Court
BY: _Judy Easley_
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-15-05

39

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20300 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT